JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHRISTINA DIANE A.,[1]

              Plaintiff,

     v.

FRANK BISIGNANO, Commissioner of Social Security,

              Defendant.

Case No. 5:24-cv-02569-PD

**JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order, IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is affirmed and this action is dismissed with prejudice.

DATED:  March 20, 2026

*Patricia Donahue*

Hon. Patricia Donahue
United States Magistrate Judge

[1] Plaintiff's name is partially redacted in accordance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management.  Frank Bisignano, the current Commissioner of Social Security, is substituted as Defendant in this suit.  *See* 42 U.S.C. § 405(g).